The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SANTOS DAMAS ZERON, <br><br> Defendant. | NO. 2:25-cr-00214-JLR <br><br> ORDER OF DISMISSAL OF DEFENDANT SANTOS DAMAS ZERON |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendant Santos Damas Zeron.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned Defendant are dismissed, without prejudice.

DATED this 30th day of October 2025

_____
THE HONORABLE JAMES L. ROBART
United States District Court Judge

Presented by:
*s/ Ajay Ravindran*
Special Assistant United States Attorney

Order of Dismissal - 1
*United States v. Damas Zeron*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970